PER CURIAM.
Affirmed on the authority of Lynch v. State, Fla.1974, 293 So.2d 44; Davis v. State, 47 Fla. 26, 36 So. 170; Volusia County Bank v. Bigelow, 45 Fla. 638, 33 So. 704; Garmise v. State, Fla.App.1975, 311 So.2d 747; Jefferson v. State, Fla.App.1974, 298 So.2d 465; Amato v. State, Fla.App.1974, 296 So.2d 609; Wetherington v. State, Fla. App. 1972, 263 So.2d 294; Great Atlantic and Pacific Tea Company v. Nobles, Fla. App.1967, 202 So.2d 603; Sims v. State, Fla.App.1966, 184 So.2d 217; and King v. Califano, Fla.App. 1966, 183 So.2d 719.